## COCHRANE *versus* CLOUGH, *Executor.*

By statute of 1846, c. 205, § 10, no action can be maintained upon any claim or demand in whole or in part for spirituous liquors, sold in violation of law.

Where some of the items of an account in suit were for liquors thus prohibited, and on trial, by leave of Court, were stricken out and no exceptions taken to such amendment, a judgment may be rendered for the account *thus diminished,* without violating the provisions of this statute.

ON REPORT from *Nisi Prius,* RICE, J. presiding.

ASSUMPSIT on account annexed. The general issue was pleaded.

The items in the account were sold and delivered to defendant's testator, but the plaintiff was not authorized to sell spirituous liquors.

Two items of the account being for alcohol, the defendant contended that the action could not be maintained.

Thereupon, on motion, those items were stricken out by leave of the Court, against the defendant's objection.

The case was then taken from the jury by consent, and agreed to be reported for the full Court to order a nonsuit or default, as the law may require.

*H. W. Paine,* for defendant.

*Snell,* with whom was *Morrill,* for plaintiff.

SHEPLEY, C. J. — No exceptions were taken to the leave granted to amend by erasing two items of the account for intoxicating liquors. .

The amount of the account might be diminished by leave of the Court by the abandonment and erasure of certain items.

It being thus diminished, by allowing the plaintiff to take judgment, there will be no violation of the provisions of the statute declaring, that no action shall be maintained upon any claim or demand in whole or in part for spirituous liquors.                         *Defendant defaulted.*

TENNEY, RICE, APPLETON and CUTTING, J. J., concurred.